UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00051-MR

| | |
|---|---|
| CHRISTOPHER ANTHONY JUDD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BUNCOMBE COUNTY, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* on Plaintiff's filing of an Application to Proceed in Forma Pauperis in this matter. [Doc. 2].

Pro se Plaintiff Christopher Anthony Judd ("Plaintiff") filed this action on or about February 28, 2023, pursuant to 42 U.S.C. § 1983. [Doc. 1]. Although Plaintiff's allegations arose while he was detained at the Buncombe County Detention Facility in Asheville, North Carolina, he has since been released from custody. [See Docs. 1, 1-1]. Plaintiff seeks to proceed in forma pauperis (IFP). [Doc. 2]. Plaintiff's Application, however, is missing the final page, which includes information necessary to the Court's determination. [See id.]. Plaintiff must provide a completed Application before the Court will rule on his IFP motion and, if appropriate, conduct its initial review. The Court will instruct the Clerk to mail Plaintiff a copy of the Application to

Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239) for Plaintiff to complete and return to the Court within 21 days of this Order. If Plaintiff fails to timely comply with this Order, this action may be dismissed without prejudice and without further notice to Plaintiff.

### ORDER

**IT IS THEREFORE ORDERED** that Plaintiff shall submit a completed Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239) within 21 days of this Order. If Plaintiff fails to timely comply with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a blank copy of the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239).

**IT IS SO ORDERED**.

Signed: March 6, 2023

Martin Reidinger
Chief United States District Judge